GEORGE CARDONA
Acting United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
FRANK D. KORTUM
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 110984
    United States Courthouse
    312 N. Spring Street, Suite 1400
    Los Angeles, California 90012
    Telephone:  (213) 894-5710
    Facsimile:  (213) 894-7177
    Email:      frank.kortum@usdoj.gov

Attorneys for Plaintiff
United States of America

JS - 6

## UNITED STATES DISTRICT COURT

### FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.  CV 09-3726 CAS (AGRx) |
| Plaintiff, | [PROPOSED] |
| v. | **CONSENT JUDGMENT** |
| $15,207.00 IN U.S. CURRENCY, | |
| Defendant. | |
| FAUSTINO REYES ROCHA AND LUZ ROMAN, | |
| Claimants. | |

On May 26, 2009, plaintiff United States of America ("plaintiff" or the "government") filed a Complaint for Forfeiture

FDK:hw

against $15,207.00 in U.S. Currency (the "defendant currency").
The government alleged that the defendant currency was subject to
forfeiture pursuant to 21 U.S.C. § 881(a)(6) and §§ 981(a)(1)(A)
and (C).

Claimants Faustino Reyes Rocha and Luz Roman filed verified
claims on July 13, 2009, but have not filed answers. No other
claims, statements of interest, or answers have been filed, and
the time for filing claims, statements, and answers has expired.

The government and claimants have agreed to settle this
forfeiture action and to avoid further litigation.

The Court having been duly advised of and having considered
the matter, and based upon the consent of plaintiff and claimants,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1.   This Court has jurisdiction over this action pursuant to
28 U.S.C. §§ 1345 and 1355.

2.   The Complaint for Forfeiture states a claim for relief
pursuant to 21 U.S.C. § 881(a)(6) and §§ 981(a)(1)(A) and (C).

3.   Notice of this action has been given in accordance with
law.  All potential claimants to the defendant currency other than
claimants are deemed to have admitted the allegations of the
Complaint.  The allegations set out in the Complaint are
sufficient to establish a basis for forfeiture.

4.   The United States of America shall have judgment as to
$4,841.00 of the defendant currency, plus all interest earned by
the government on the entirety of the defendant currency, and no
other person or entity shall have any right, title or interest
therein.  The United States Marshals Service is ordered to dispose
of said assets in accordance with law.

1        5.    $10,366.00 of the defendant currency, without any
2   interest earned by the government on that amount, shall be
3   returned to claimants Faustino Reyes Rocha and Luz Roman.  Said
4   funds shall be forwarded by check made payable to "Alex B. Perez,
5   Esq., Attorney-Client Trust Account," and shall be mailed to Alex
6   B. Perez, Esq., Law Offices of Alex B. Perez, 1440 North Harbor
7   Blvd., Suite 900, Fullerton, California 92835.
8        6.    Claimant hereby releases the United States of America,
9   its agencies, officers, and employees, including employees of the
10  Drug Enforcement Administration, and local law enforcement
11  agencies, their agents, officers, and employees, from any and all
12  claims, actions, or liabilities arising out of or related to this
13  action, including, without limitation, any claim for attorneys'
14  fees, costs, or interest on behalf of claimants, whether pursuant
15  to 28 U.S.C. § 2465 or otherwise.
16       7.    The Court finds that there was reasonable cause for the
17  institution of these proceedings against the defendant currency.
18  This judgment shall be construed as a certificate of reasonable
19  cause pursuant to 28 U.S.C. § 2465.
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

8.   The Court further finds that claimant did not substantially prevail in this action, and the parties shall bear their own attorneys' fees and other costs of litigation.

DATED: October 22, 2009

```
                    _____
                    THE HONORABLE CHRISTINA A. SNYDER
                    UNITED STATES DISTRICT JUDGE
```

<u>CONSENT</u>

The government and claimants consent to judgment and waive any right to appeal.

```
DATED: October 22, 2009        GEORGE CARDONA
                               Acting United States Attorney
                               CHRISTINE C. EWELL
                               Assistant United States Attorney
                               Chief, Criminal Division
                               STEVEN R. WELK
                               Assistant United States Attorney
                               Chief, Asset Forfeiture Section


                                      /S/
                               _____
                               FRANK D. KORTUM
                               Assistant United States Attorney

                               Attorneys for Plaintiff
                               United States of America


DATED: October 22, 2009        LAW OFFICES OF ALEX B. PEREZ


                                      /S/
                               _____
                               ALEX B. PEREZ
                               Attorney for Claimants
                               Faustino Reyes Rocha and Luz Roman
```

FDK:hw